UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60153-CR-ROSENBERG

UNITED STATES OF AMERICA,

v.

PHILLIP MORRISON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE is before the Court by Order of Reference from United States District Judge Robin L. Rosenberg (DE 25) based upon the consent of the parties for a United States Magistrate Judge to accept the defendant's guilty plea in this cause. Pursuant to such reference, the undersigned conducted a change of plea hearing on October 30, 2015. The hearing was attended by the defendant (Phillip Morrison), by the defendant's attorney (Omar F. Guerra Johansson, Esq.), and by the Assistant United States Attorney (Brent Tantillo, Esq.). The undersigned hereby advises as follows:

    1.    At the commencement of the change of plea proceedings, the undersigned informed the defendant that he had a right to have these proceedings conducted by the United States District Judge assigned to this case. The defendant was advised that a Magistrate Judge was conducting these proceedings by Order of Reference from the District Judge, based upon the consent of the defendant, his attorney, and the Assistant United States Attorney to whom this cause is assigned.[1] The Court advised the defendant

---

[1] At the calendar call, the parties advised that the case would be resolved by way of a change of plea and requested that the change of plea be conducted before a magistrate judge in Fort Lauderdale (DE 24). In addition, the parties filed a written consent

that the sentence would be imposed by the District Judge, who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing at a time scheduled by the District Judge as set forth below.

2. The defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct the change of plea hearing and could request that it be conducted only by a United States District Judge. All parties and counsel agreed and consented to these proceedings being conducted by the undersigned.

3. The undersigned then conducted a plea colloquy with the defendant consistent with the outline set forth in the Bench Book for U. S. District Court Judges and in conformity with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. The colloquy was ordered transcribed and filed in the record.

4. The parties had entered into a written Plea Agreement. The undersigned reviewed on the record each paragraph of that Plea Agreement and received from the defendant an acknowledgment that he understood each paragraph and that he had signed the Agreement. The undersigned also advised the defendant of the maximum sentence, the maximum fine, and the maximum term of supervised release as to the charge set forth in Count 1 of the Indictment, to which he was tendering a guilty plea. More specifically, the Court advised that the charge in Count 1 carried a term of imprisonment of up to twenty (20) years, a fine of up to $1,000,000, and a term of supervised release of at least three (3) years and a maximum term of supervised release of life. In addition, the undersigned

---

to have the undersigned conduct the change of plea hearing (DE __). At the hearing, the defendant, the defendant's counsel, and the Assistant United States Attorney each confirmed that he had executed the written consent.

2

advised the defendant of the mandatory special assessment of $100.00, which must be paid at the time of sentencing.

5. The defendant acknowledged that he was satisfied with the representation and advice of his attorney and that he had a full opportunity to discuss all facets of the case with his attorney.

6. The Government filed a Factual Proffer, which was made part of the record and executed by the Government, the defendant, and his counsel. The Factual Proffer contains all of the essential elements of the offense to which the defendant is pleading guilty.

7. The defendant pled guilty to the offense set forth in Count 1 of the Indictment, which charges him with knowingly and intentionally importing into the United States, from a place outside thereof, a controlled substance, that is, a detectable amount of cocaine, in violation of 21 U.S.C. § 952(a). The Government agreed to seek dismissal at sentencing of Count 2, the lone remaining count of the Indictment.

8. After the defendant pled guilty to the offense, the undersigned found that he is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges and the consequences of the plea, and that his plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Indictment.

9. The defendant was informed that the United States Probation Office would be preparing a Presentence Investigation Report, for which he would be requested to provide information.

10. The defendant will remain in custody pending imposition of sentence.

**Sentencing is scheduled for January 15, 2016, at 10:00 A.M. before United States District Judge Robin L. Rosenberg, at the United States Courthouse in West Palm Beach, Florida.**

Accordingly, based upon the foregoing and the plea colloquy conducted in this cause, the undersigned hereby RECOMMENDS that the defendant be found to have knowingly and voluntarily entered his guilty plea to Count 1 of the Indictment, that his guilty plea be accepted, that he be adjudicated guilty of such offense, and that a sentencing hearing as scheduled above be conducted for a final disposition of this cause.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge Robin L. Rosenberg. See 28 U.S.C. §636. Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Fort Lauderdale, Florida, this 30th day of October 2015.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Robin L. Rosenberg
United States District Judge

Brent Tantillo, Esq.
Assistant United States Attorney

Omar F. Guerra Johansson, Esq.
Attorney for Defendant Phillip Morrison